JASON A. WEISS (BAR NO. 185268)
CHRISTINA K. DALLEN (BAR NO. 247505)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: jweiss@allenmatkins.com
        cdallen@allenmatkins.com

Attorneys for Defendant
BERRY PLASTICS CORPORATION

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 30 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 X
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFINA BONOLA, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>BERRY PLASTICS CORPORATION, a Delaware corporation; and DOES 1 through 20 inclusive,<br><br>    Defendants. | Case No. SACV 11-01036 CJC(RBNx)<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Cormac J. Carney; Magistrate Judge Robert N. Block<br><br>[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

938785.01/OC

Case No. SACV 11-01036 CJC(RBNx)
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

1  **PURSUANT TO STIPULATION, IT IS ORDERED** that this matter be
2  dismissed with prejudice in accordance with the terms of this Stipulation.
3      IT IS SO ORDERED.
4
5  DATED: September 30, 2011

                                      HONORABLE CORMAC J. CARNEY

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

938785.01/OC

-1-

Case No. SACV 11-01036 CJC(RBNx)
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL